[No. 6682.]

## THE COLUMBIA SAVINGS AND LOAN ASSOCIATION V. CAMBRON.

The errors assigned relating only to the evidence, and that being found sufficient the judgment was affirmed.

*Error to Pueblo County Court*—Hon. FRANK G. MIRICK, Judge.

Mr. J. NORMAN, Mr. HARRY E. KELLY and Mr. CHARLES H. HAINES for plaintiff in error.

Mr. JAMES A. PARK for defendant in error.

*Per Curiam,* Department Two.

The errors assigned involve only the evidence, and a discussion of that would but result in an affirmance. We are satisfied that there is sufficient in the evidence to sustain the judgment, and it is, therefore, affirmed.

*Judgment affirmed.*

Decided October 2, 1911; rehearing denied December 4, 1911.